## Sopin v. Lukacher et al., Appellants.

Argued November 10, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and BOK, JJ.

reargument refused March 13, 1959.

*A. Harry Levitan,* with him *Cammer & Shapiro,* for appellants.

*Alvin Diamond,* with him *Benjamin Paul,* for appellees.

OPINION PER CURIAM, January 5, 1959:

The members of the Court, who heard this appeal, being evenly divided as to its merits, the decree of the court below is affirmed at the appellants' costs.